# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2016

153649 & (80)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee/
　　　　Cross-Appellant,

v

SC:　153649
COA:　323170
Ionia CC:　2012-015535-FH

MARTI J. SCHRAUBEN,
　　　　Defendant-Appellant/
　　　　Cross-Appellee.

_____/

　　　　On order of the Court, the application for leave to appeal the January 26, 2016 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2016



Clerk

p0914